```
SEAN P. NALTY (SBN 121253)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No.: C09-01642 JCS<br><br>**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[Local Rule 6-1]**<br><br>Location : San Francisco<br>Magistrate Judge Joseph C. Spero |

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, by and between plaintiff Ann Edwards and defendant Life Insurance Company of North America (hereinafter "LINA"), through their attorneys of record, as follows:

1. On or about April 22, 2009, defendant LINA was served with the Summons and Complaint filed in this action, and LINA's response to the Complaint currently is due on or before May 12, 2009;

2. Plaintiff has agreed that defendant LINA may have an extension to and including May 26, 2009 to answer or otherwise respond to the Complaint herein;

1

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
USDC NDCA Case #CV09-01642 JCS
439978.1

3. This extension does not exceed thirty (30) days; and

4. This stipulated date for LINA to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order.

Date: May 12, 2009         WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Sean P. Nalty
   SEAN P. NALTY
   Attorneys for Defendant
   LIFE INSURANCE COMPANY OF NORTH AMERICA

Date: May 12, 2009         LAW OFFICES OF P. RANDALL NOAH

By: /s/ Randall Noah
   RANDALL NOAH
   Attorneys for Plaintiff
   ANN EDWARDS

Dated: May 14, 2009

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
USDC NDCA Case #CV09-01642 JCS
439978.1

# CERTIFICATE OF SERVICE
*Ann Edwards v. Life Insurance Company of North America*
USDC NDCA Case #CV09-01642 JCS

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic Mail** – I caused the attached document to be electronically transmitted to the parties named below.

    Law Offices of P. Randall Noah
    P. Randall Noah, SBN 136452
    21 Orinda Way, Ste. C, #316
    Orinda, CA 94563
    Tel: (925) 253-5540
    Fax: (925) 253-5542
    Attorney for Plaintiff Ann Edwards

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **May 13, 2009** at San Francisco, California.

_____
Stacey Muller