1   SEAN P. NALTY  (SBN 121253)
    Sean.Nalty@wilsonelser.com
2   SHIVANI NANDA (SBN 253891)
    Shivani.Nanda@wilsonelser.com
3   WILSON, ELSER, MOSKOWITZ,
       EDELMAN & DICKER LLP
4   525 Market Street, 17th Floor
    San Francisco, CA  94105
5   Telephone:    (415) 433-0990
    Facsimile:    (415) 434-1370
6
    Attorneys for Defendant
7   LIFE INSURANCE COMPANY OF NORTH AMERICA

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11  ANN EDWARDS,                      )  Case No.: C09-01642 VRW
                                      )
12            Plaintiff,              )  Chief Judge Vaughn R. Walker
                                      )
13       v.                           )  **JOINT STIPULATION TO CONTINUE**
                                      )  **SCHEDULING CONFERENCE AND**
14  LIFE INSURANCE COMPANY OF NORTH   )  **[PROPOSED] ORDER**
    AMERICA,                          )
15                                    )  Scheduling Conference:
              Defendant.              )  Date:   September 3, 2009
16                                    )  Time:   3:30 p.m.
                                      )  Place:  Courtroom 9
17                                    )
                                      )  Action filed:   April 15, 2009
18                                    )
    _____)
19

20       **TO THE HONORABLE JUDGE OF THE COURT:**

21       Plaintiff Ann Edwards and defendant Life Insurance Company of North America

22  (hereinafter "LINA"), by and through their respective counsel of record, hereby stipulate and

23  respectfully request that the Scheduling Conference currently scheduled for September 3, 2009 in

24  this matter be continued for approximately 60 days.  The parties have reached a settlement of this

25  matter and are in the process of finalizing a release memorializing the terms of the parties'

26  settlement.

27       In light of the parties' settlement, good cause exists to grant the parties' request for a

28                                        1

continuance based on the following grounds:

1. The above-entitled action was filed on April 15, 2009 in this Court;

2. On or about April 22, 2009, LINA was served with the summons and complaint filed in this action;

2. On May 13, 2009, counsel for LINA filed a stipulation for continuance of time to May 26, 2009 to file a responsive pleading;

3. On May 26, 2009, counsel for LINA filed a second stipulation for continuance of time to June 9, 2009 to file a responsive pleading;

4. On June 9, 2009, LINA filed and served an answer to plaintiff's complaint;

5. On June 15, 2009, the Court rescheduled the date of the initial case management conference to September 3, 2009 at 3:30 p.m.

6. On or about July 29, 2009, the parties orally reached a settlement of all claims in this action. The parties are currently in the process of finalizing a release, which memorializes the terms of the settlement.

///
///
///
///
///
///
///
///
///
///
///
///
///

**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER**
USDC NDCA Case #CV09-01642 VRW
471042.1

1    For all the stated reasons above, IT IS HEREBY STIPULATED AND AGREED by and

2 between the parties and their respective counsel of record, and it is respectfully requested that the

3 Court permit and enter an Order to continue the Initial Case Management Conference currently set

4 for September 3, 2009 for an additional 60 days.    Case management conference continued to
                                                      11/5/2009 at 3:30 PM.

5

6 Date:  August 26, 2009              WILSON, ELSER, MOSKOWITZ,
                                          EDELMAN & DICKER LLP

7

8
                                     By:____/s/ Shivani Nanda_____
9                                         SEAN P. NALTY
                                          SHIVANI NANDA
10                                        Attorneys for Defendant
                                          LIFE INSURANCE COMPANY OF NORTH
11                                        AMERICA

12
   Date:  August 26,  2009           LAW OFFICES OF P. RANDALL NOAH
13

14
                                     By:____/s/ Randall Noah_____
15                                        RANDALL NOAH
                                          Attorneys for Plaintiff
16                                        ANN EDWARDS

17
                                          **ORDER**
18
   **IT IS SO ORDERED.**
19

20
   Date:____8/27/2009_____    By:_____
21                                        HONO...             ...KER
                                          United...
22

23                                        GRANTED

24                                        Judge Vaughn R Walker

25

26

27

28
                                          3
   ───────────────────────────────────────────────────────────────────
   **JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER**
   USDC NDCA Case #CV09-01642 VRW
   471042.1

1

## CERTIFICATE OF SERVICE

2          I hereby certify that on August 26, 2009, I electronically filed the foregoing with the Clerk

3  of the Court using the CM/ECF system which will send notification of such filing to the e-mail

4  addresses denoted on the Electronic Mail Notice List.

5          I certify under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.  Executed on August 26, 2009.

7

8                                     /s/ *Shivani Nanda*
                                      SHIVANI NANDA
9
                                      WILSON, ELSER, MOSKOWITZ,
10                                    EDELMAN & DICKER LLP
                                      525 Market Street, 17th Floor
11                                    San Francisco, California  94105
                                      Tel:     (415) 433-0990
12                                    Fax:     (415) 434-1370

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                              4
**JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND [PROPOSED] ORDER**