Law Offices Of P. Randall Noah
P. Randall Noah, SBN 136452
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Tel. (925) 253-5540
Fac. (925) 253-5542
Attorney for Plaintiff, Ann Edwards

UNITED STATES DISTRICT COURT,

NORTHERN DISTRICT OF CALIFORNIA

ANN EDWARDS,                           CASE NO. 09-Cv-1642 VRW

      Plaintiff,                       STIPULATION AND ~~PROPOSED~~
                                       ORDER FOR DISMISSAL
vs.

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

      Defendant.
_____/

It is hereby stipulated that the above-entitled action be discontinued and dismissed with prejudice, with each party to bear their own fees and costs.

Dated: September 9, 2009          Law Office of P. Randall Noah

                                  By: _____
                                  P. Randall Noah,
                                  Attorney for plaintiff, Ann Edwards

                                  Wilson Elser Moskowitz, Edelman & Dicker

                                  By: _____
                                  Mr. Sean P. Nalty,
                                  Attorney for defendant, Life
                                  Insurance Company Of North America

**ORDER**

The above-captioned matter is dismissed in its entirety with prejudice.

IT IS SO ORDERED.

DATED: 9/21/2009                  By: _____
                                  Honorable

*IT IS SO ORDERED*
*Judge Vaughn R Walker*
(United States District Court, Northern District of California seal)